UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.103.4.95,<br><br>    Defendant. | Case No.: 2:22-02076-TLN-CKD<br><br>**ORDER ON PLAINTIFF'S STATUS REPORT AND APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's status report and application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including April 18, 2023, to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED.**

Dated: February 14, 2023

21,stri.2076

              _/s/ Carolyn K. Delaney_
              CAROLYN K. DELANEY
              UNITED STATES MAGISTRATE JUDGE

1